UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES CARROLL,

Plaintiff, CASE NO.:

vs.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

Defendant.
_______________________________/

## COMPLAINT

Plaintiff, CHARLES CARROLL ("Plaintiff"), sues Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA ("Defendant") and alleges:

1. This is an action for recovery of benefits due to Plaintiff under the terms of an ERISA plan, to enforce Plaintiff's rights under the terms of that Plan, and/or to clarify Plaintiff's rights to future benefits under the terms of said ERISA plan, all pursuant to 29 U.S.C. §1132(a)(1)(B).

2. Plaintiff is an individual residing within the Middle District of Florida, who at all times material hereto, was a participant in an ERISA plan.

3. Defendant is an insurance company authorized to do business in the state of Florida and is engaged in substantial insurance business related to group disability coverage.

4. Plaintiff was an employee of Delta Environmental Consultants. As such, Plaintiff was entitled to receive certain employee benefits, including long-term disability benefits to cover lost income in the event of a long-term disability.

5. Under the terms of the applicable Plan Document, Plaintiff was entitled to receive monthly disability income benefits in the event of a total disability. Plaintiff does not currently possess a copy of the applicable Plan Document but will attach and incorporate same as Exhibit "A" upon receipt.

6. Plaintiff is totally disabled under the terms of the applicable plan document.

7. Notwithstanding Plaintiff's total disability, Defendant has wrongly failed to pay Plaintiff all long-term disability benefits that are owed.

8. Plaintiff has fully exhausted all administrative appeals and remedies in accordance with the applicable Plan Document but Defendant has persisted in its refusal to pay the aforementioned benefits.

9. Plaintiff believes, and therefore alleges that the employee benefit plan at issue is a fully insured plan and Defendant, accordingly, both adjudicated and is ultimately responsible payment of this claim and is therefore the proper party Defendant.

10. Under the terms of the applicable Plan Document and ERISA, Plaintiff is entitled to recovery of all benefits due him under such document, to enforcement of his rights under the terms of such document, and to a clarification of his rights to future benefits under the terms of such document.

11. Plaintiff has retained the undersigned counsel and is entitled to recover attorney's fees against Defendant pursuant to 29 U.S.C. §1132(g)(1).

**WHEREFORE**, Plaintiff demands judgment against Defendant for all relief that may be available to him under 29 U.S.C. §1132(a)(1)(B), together with costs, attorneys' fees, and such other and further relief as the Court deems appropriate under the circumstances.

MARCUS A. CASTILLO, ESQUIRE
Haas & Castillo, P.A.
Arbor Shoreline Office Park
19321-C U. S. 19 North, Suite 401
Clearwater, Florida 33764
Telephone: 727-535-4544
marcus@haas-castillo.com
FBN 374733
Attorney for Plaintiff